**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 105 MM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID TRIMAINE MOYE, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 31st day of July, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.